# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 07-4086-MWB |
| vs. | **ORDER** |
| DONALD ROBERT STANGELAND, | |
| Defendant. | |

This matter comes before the court *sua sponte*. The court finds that the defendant was indicted on November 28, 2007, and arraigned on December 4, 2007. No trial was set, and the speedy trial deadline expired on February 15, 2008. *See* 18 U.S.C. § 3161(c)(1).

THEREFORE, the indictment in this case is **dismissed without prejudice** for failure to comply with the Speedy Trial Act.

**IT IS SO ORDERED.**

**DATED** this 21st day of March, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA